## William Kaplan, Appellant, v. Frank J. Birk et al., Appellees.

### Gen. No. 45,895.

Randolph Bohrer, and Mason L. Bohrer, for appellant; Brown, Fox, Blumberg & Markheim, for appellees; Jacob Logan Fox, and Jacob Logan Fox, Jr., of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 9, 1953; released for publication April 6, 1953.

## Vivian Norman, Appellee, v. Thomas Norman, Appellant.

### Gen. No. 45,935.

Edward M. Byrd, for appellant; John T. Jones, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 9, 1953; released for publication April 6, 1953.